IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV507 |
| | ) | |
| v. | ) | |
| | ) | |
| $47,430.00, $12,647.00, and $2,588.00, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

It has come to this court's attention that District Judge Laurie Smith Camp was assigned in error to this case.

THEREFORE, IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition of all matters relating to this case.

DATED this 22nd day of November, 2005.

BY THE COURT:


**s/ Joseph F. Bataillon**
United States District Judge