IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV507 |
| | ) | |
| v. | ) | |
| | ) | |
| $47,430.00, $12,647.00, and $2,588.00, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Pursuant to the order reassigning this case to District Judge Joseph F. Bataillon (Filing No. 6),

IT IS ORDERED that this case is reassigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 22nd day of November, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge