# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV507 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THREE SUMS OF CURRENCY: | ) | |
| $47,430.00, $12,647.00 and $2,588.00, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| DALE GILES and | ) | |
| CHARMAR BROWN, | ) | |
| | ) | |
| Claimants. | ) | |

This matter is before the court on the motion filed by Susan M. Bazis to withdraw as counsel for the claimant Dale Giles (Filing No. 23). The motion states that the withdrawal is sought "due to a conflict." However, no new counsel has made an appearance. The certificate of service for the motion reflects it was served on Mr. Giles. The court notes Susan M. Bazis would remain as counsel for Charmar Brown. Accordingly,

**IT IS ORDERED:**

1. The motion filed by Susan M. Bazis to withdraw as counsel for Dale Giles (Filing No. 23) is held in abeyance.

2. The claimant Dale Giles shall have to **on or before May 15, 2006**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, the claimant Dale Giles will be considered proceeding *pro se* and counsel for the government may communicate with the claimant directly regarding this case.

3. Susan M. Bazis shall serve Dale Giles with a copy of this order and file a certificate of service therefore.

DATED this 17th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge