FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 MAY -3 PM 4: 11

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THREE SUMS OF CURRENCY:<br>$47,430.00,<br>$12,647.00 and<br>$2,588.00,<br><br>Defendants. | 8:05CV507<br><br>**ORDER**<br>**FOR DISMISSAL** |

NOW ON THIS __3__ day of May, 2006, this matter comes on before the Court upon the parties' Stipulation for Dismissal (Filing No.    ). The Court reviews the file and the Stipulation, and, being duly advised in the premises, finds as follows:

1. The Defendant properties have been named in an Indictment, filed in this Court at Case No. 8:06CR111. The forfeitability of the Defendant properties will be adjudicated in that criminal case.

2. The parties' Stipulation for Dismissal should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation for Dismissal is here by approved.

B. This case is hereby dismissed without prejudice.

BY THE COURT:

_____
JOSEPH F. BATAILLON
CHIEF UNITED STATES DISTRICT JUDGE